IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 20-368 |
| | : | |
| KHALIF MILLER | : | |

**O R D E R**

**AND NOW**, this 2nd day of April, 2021, the Court being advised that defense counsel needs additional time to effectively prepare the above-captioned matter for trial, and that the government having no objection to the Defendant's Motion for Continuance of Trial, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore, pursuant to 18 U.S.C. § 3161(h)(7)(A), it is hereby **ORDERED** that the defendant's Motion for continuance of time for commencement of trial and extension of all pretrial deadlines is **GRANTED**, and that the trial of this matter **SHALL** commence on September 13, 2021.

BY THE COURT:

s/J. Curtis Joyner
_____
**THE HONORABLE J. CURTIS JOYNER**
**Senior United States District Court Judge**