IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 20-368** |
| | : | |
| **KHALIF MILLER** | : | |

**O R D E R**

**AND NOW**, this _____ day of _____, 2021, the Court being advised that defense counsel needs additional time to effectively prepare the above-captioned matter for trial, and that the government having no objection to the Defendant's Motion for Continuance of Trial, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore, pursuant to 18 U.S.C. § 3161(h)(7)(A), it is hereby **ORDERED** that the defendant's Motion for continuance of time for commencement of trial and extension of all pretrial deadlines is **GRANTED**, and that the trial of this matter **SHALL** commence on or after _____, 2022.

BY THE COURT:

_____
**THE HONORABLE JUAN R. SANCHEZ**
**Chief United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 20-368 |
| | : | |
| KHALIF MILLER | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR A CONTINUANCE OF TRIAL**

Khalif Miller, by his attorney, Worrell Nero, hereby requests a continuance of trial and the extension of all pretrial deadlines in the above-captioned case. As grounds counsel avers as follows:

1. On October 20, 2020, the United States Attorney for the Eastern District of Pennsylvania filed an Indictment charging Mr. Miller and two other defendants with one count of arson of property belonging to an agency receiving federal funding, in violation of 18 U.S.C. §§ 844(f)(1) and 2, one count of arson affecting interstate commerce, in violation of 18 U.S.C. §§ 844(i) and 2, and one count of obstruction of law enforcement during a civil disorder, in violation of 18 U.S.C. §§ 231(a)(3) and 2.

2. On November 4, 2020, Mr. Miller appeared before the Honorable Jacob P. Hart and entered a plea of not guilty to the aforementioned charges.

3. Trial is scheduled to commence on September 13, 2021.

4. Additional time is requested to review with Mr. Miller the discovery that defense counsel has received thus far, a significant amount of which was received on March 18, 2021.

Compounding the difficulty and time-consuming nature of discovery review with Mr. Miller is that he is currently held at Federal Detention Center Facility in Philadelphia. Counsel also requires additional time to conduct necessary investigations and prepare appropriate motions based on the newly received information. A continuance to a date in January 2022 is therefore respectfully requested.

5. Counsel's request for a continuance is necessary in order to provide effective representation of Mr. Miller.

6. Assistant United States Attorney Amanda Reinitz does not oppose this request.

7. Counsel for the other defendants do not oppose this request.

8. Counsel for Mr. Miller has discussed his need for a continuance with him, and he consents to the continuance.

9. This request is submitted in order to serve the interests of justice and ensure the effective assistance of counsel. Counsel for Mr. Miller further agrees that time granted for the requested extension is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) of the Speedy Trial Act.

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests that this Motion be granted and the trial be continued to January 2022.

Respectfully submitted,

*/s/ Worrell Nero*
WORRELL D. NERO
Attorney

## **CERTIFICATE OF SERVICE**

      I, Worrell Nero, hereby certify that I have caused a copy of the Defendant's Unopposed Motion to Continue Trial, to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing ("ECF") and/or by electronic mail upon:

Amanda Reinitz
Assistant United States Attorney
United States Attorney's Office
615 Chestnut St., Suite 1250
Philadelphia, PA 19106

                                  */s/ Worrell Nero*
                                  WORRELL D. NERO
                                  Attorney

DATE:   August 9, 2021