February 24, 2022

Dear Judge Juan Sanchez,

I am writing to inform you that me & my counsel communication has ceased and our relationship is irremediable. I have filed a complaint with the office of disciplinary counsel against Mr. Nero & his unethical practices. I will like for the courts to appoint me counsel. Thank you for your time.

Khalif Miller

Khalif Miller
Reg#70042066
FDC Phila
P.O. Box 562
Phila, PA 19105



PHILADELPHIA PA 190
1 MAR 2022 PM 9 L



MAR - 3 2022

Judge Juan Sanchez
601 Market St
Philadelphia, PA 19106

Legal